UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DAVETTA GILMORE,

          Plaintiff,

Case No.  1:04-CV-407

v.

HON. RICHARD ALAN ENSLEN

COMMISSIONER OF SOCIAL
SECURITY,

**FINAL ORDER**

          Defendant.
_____/

In accordance with the Opinion of today's date;

**IT IS HEREBY ORDERED** that Defendant Commissioner of Social Security's Objections (Dkt. No. 14) are **DENIED,** the Report and Recommendation (Dkt. No. 13) is **ADOPTED,** and the case is **REMANDED** to the ALJ for further factual findings in accordance with the accompanying Opinion.

DATED in Kalamazoo, MI:
     August 11, 2005

 /s/ Richard Alan Enslen
RICHARD ALAN ENSLEN
UNITED STATES DISTRICT JUDGE